United States District Court
Middle District of Florida
Jacksonville Division

**WILLIAM RENTSCHLER,**

    *Plaintiff,*

V.                                                                                                                                                                **NO. 3:20-CV-456-J-PDB**

**WESTCOAST COMMUNICATION SERVICES, INC., ETC.,**

    *Defendants.*

---

### Order

Before the Court in this action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201–219, is the parties' joint motion under *Lynn's Food Stores, Inc. v. U.S. by & through U.S. Dep't of Labor*, 679 F.2d 1350, 1354 (11th Cir. 1982)*,* for approval of a settlement and dismissal of the action with prejudice. Doc. 33.

Under the proposed agreement, the defendants must pay $15,000 to the plaintiff for unpaid wages and liquidated damages, $10,000 to the plaintiff's counsel for attorneys' fees and costs, and the mediation fee. Doc. 33-1 at ¶ 1. Based on the parties' representations and a review of the complaint, answer and affirmative defenses, answers to court interrogatories, wage summaries, joint motion to approve the settlement, and the settlement agreement, the Court finds the settlement is a fair and reasonable compromise over disputed issues, including whether the plaintiff was exempt while working as a field manager.

Besides reviewing a compromise of a FLSA claim, a court must "award a reasonable attorney's fee to [the plaintiff's] counsel," *Silva v. Miller*, 307 F. App'x 349, 352 (11th Cir. 2009), and must "insure that no conflict has tainted the settlement," *Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1228 (M.D. Fla. 2009).

Timekeeper declarations, accompanied by detailed fee ledgers, provide the hourly rate sought for each timekeeper, the number of hours expended by each timekeeper, and a description of the work performed during the billable time, totaling $11,400.25. Docs. 33-2–33-4. The firm also incurred $400 for the filing fee and $450 for service. Doc. 33-2 at ¶ 18. The amount is reasonable considering the time to prepare and file a complaint, prepare and file answers to the court interrogatories, review wage information provided by the defendants, prepare damages models, engage in settlement efforts ultimately resulting in settlement, and jointly file the current motion. The amount is less than the damages claimed, and the plaintiff acknowledged that he knows of, and agrees to, the amount of attorney's fees and costs. Doc. 33-1 at 8. No conflict that would taint the settlement is apparent or suggested.

The Court:

1. **grants** the parties' motion, Doc. 33, and approves the settlement, Doc. 33-1, as a fair and reasonable resolution of disputed issues;

2. **dismisses** the case with prejudice;

3. **retains** jurisdiction for 60 days to enforce the terms of the agreement; and

4. **directs** the clerk to close the file.

**Ordered** in Jacksonville, Florida, on December 8, 2020.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*